UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY STAMPER<br><br>v.<br><br>CHEVRON CORPORATION, CHEVRON U.S.A. INC., NOBLE ENERGY, INC., CHEVRON MEDITERRANEAN LIMITED, AND WOOD GROUP PSN, INC | CIVIL ACTION<br><br>NO. 22-CV-01290<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE |

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the same be and is hereby **GRANTED**. All claims of Plaintiff, Terry Stamper, against Defendants, Chevron U.S.A., Inc., Wood Group PSN, Inc., and Noble Energy, Inc., in this matter are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 30th day of April, 2024

_____
**UNITED STATES DISTRICT JUDGE**